## First District.

John Terendy, appellee, v. Paulina Swierski et al., appellants. Gen. No. 39,931.

Opinion filed June 13, 1938.

Hoffman, Lunn & Hoffman, for appellants; William J. Lunn, Arthur Lewis Hoffman and Forbes E. Jordan, of counsel. Julius H. Selinger, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Wilma E. Kinney, appellee, v. Philip C. Lindgren et al., appellants. Gen. No. 40,003.

Opinion filed June 13, 1938. Rehearing denied June 27, 1938.

Hershenson & Hershenson, for appellants. William Shapiro, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Christine C. Brown, appellee, v. Neil Satterlee, appellant. Gen. No. 40,015.

Opinion filed June 13, 1938.

Bobb, Spoerri, Bourland & Harris, for appellant; William L. Bourland, of counsel. William Schiepan, for appellee.

Mr. Justice Matchett delivered the opinion of the court.